396 A.2d 64

Thomas A. Armbruster, Inc. v. Interstate Dress
Carriers, Inc. et al., Appellant.

Argued June 15,
1978. Daniel E. Cohen, for appellant; Thomas F. Traud, Jr.,
for appellee, Thomas A. Armbruster, Inc.; Anthony R.
Thompson, submitted a brief for appellee, Interstate Dress,
Inc.

OPINION PER CURIAM: Because appellant, Bean, Inc.,
did not contractually agree to submit to arbitration pursuant
to the Construction Industry Arbitration Rules of the Amer-
ican Arbitration Association, we vacate the order of the
lower court compelling appellant's joinder in the arbitration
proceeding between appellee, Thomas A. Armbruster, Inc.,
and Interstate Dress Carriers, Inc.

HOFFMAN, J., did not participate in the consideration or
decision of this case.